| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sterling Entertainment Group LV, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3247670** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1531 South Las Vegas Blvd.** **Las Vegas, NV 89104** Number, Street, City, State & ZIP Code | **900 W. Olympic Blvd. Unit 30B** **Los Angeles, CA 90015** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clark** County | **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Sterling Entertainment Group LV, LLC**          Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| District | **District of Nevada** | When | **7/06/17** | Case number | **17-13662-ABL** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor  **Sterling Entertainment Group LV, LLC**                                              Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other

   **Where is the property?**  _____
                               Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
              Contact name     _____
              Phone            _____

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Sterling Entertainment Group LV, LLC**    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2018**
MM / DD / YYYY

X  **/s/ Amadouba Tall**                                **Amadouba Tall**
Signature of authorized representative of debtor         Printed name

Title    **Trustee of the Salahadin Family Trust**

**18. Signature of attorney**

X  **/s/ Samuel A. Schwartz. Esq.**    Date  **March 20, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**Samuel A. Schwartz. Esq. 10985**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 385-5544**     Email address  **sam@nvfirm.com**

**10985 NV**
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE MANAGING MEMBER OF STERLING ENTERTAINMENT GROUP LV, LLC

The undersigned, constituting the managing member of Sterling Entertainment Group LV, LLC, a Nevada limited-liability company (the "**Company**"), hereby unanimously consents to and take the following actions:

> RESOLVED, that the member of the Company hereby authorizes, directs and empowers Amadouba Tall, Trustee of the Salahadin Family Trust, equally, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 bankruptcy filing of the Company; and
>
> IT IS HEREBY FURTHER RESOLVED that Amadouba Tall, is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel; and
>
> IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Amadouba Tall, in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the member of Sterling Entertainment Group LV, LLC, does hereby execute this Action by Unanimous Written Consent as of the date indicated below.

MEMBER:

SALAHADIN FAMILY TRUST,
Managing Member of Sterling Entertainment
Group LV, LLC

By: _____
    Amadouba Tall, Trustee

4811-6536-7641, v. 1

# United States Bankruptcy Court
## District of Nevada

In re  **Sterling Entertainment Group LV, LLC**  
                                    Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee of the Salahadin Family Trust of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 20, 2018**

**/s/ Amadouba Tall**  
**Amadouba Tall**/**Trustee of the Salahadin Family Trust**  
Signer/Title

```
Sterling Entertainment Group LV, LLC
900 W. Olympic Blvd. Unit 30B
Los Angeles, CA 90015

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Anthony Zmaila, Esq.
c/o Anthony Zmaila Limited PLLC
265 E. Warm Springs Road
Las Vegas, NV 89119

Aristotle Holding Limited Partnership
c/o Law Offices of David A. Straus, LLC
900 Rancho Lane
Las Vegas, NV 89106
```

```
ATAC Security
3950 E. Sunset Road
Las Vegas, NV 89120

Christophe Jorcin
c/o Reid Rubenstein Bogatz
attn:  Scott Bogatz
300 South 4th Street, Suite 830
Las Vegas, NV 89101

City of Las Vegas - Sewer
495 S. Main Street
Las Vegas, NV 89101

City Wide Towing
2280 Crestline Loop
North Las Vegas, NV 89033

Douglas Gerrard
2450 St. Rose Parkway
Henderson, NV 89074

Eleni Giannopoulos
1507 Las Vegas Boulevard S.
Las Vegas, NV 89104

Eleni Giannopoulos
1507 Las Vegas Blvd. South
Las Vegas, NV 89104

Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958

Larry Bertsch, CPA, LLP
7582 Las Vegas Blvd, Suite 449
Las Vegas, NV 89123

McGovern & Greene LLP
2831 St. Rose Parkway, Suite 227
Henderson, NV 89052

Peter Eliades
c/o Jeffrey A. Bendavid, Esq.
Moran Brandon Bendavid Moran
630 South Fourth Street
Las Vegas, NV 89101

Peter Eliades
c/o Andrew Leavitt
633 South 7th Street
Las Vegas, NV 89101
```

```
Royal & Miles
1522 W. Warm Springs
Henderson, NV 89014

Stacie Allen
c/o Rusing Lopez & Lizardi, PLLC
6363 North Swan Road, Suite 151
Tucson, AZ 85718

Wilson Elser
300 S. 4th Street, 11th Floor
Las Vegas, NV 89101

Wood Erickson & Whitaker LLP
1349 W. Galleria Drive, Suite 200
Henderson, NV 89014
```